IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>John Enos William Mendez,<br><br>　　　　　Defendant. | No. CR21-00882-TUC-SHR (EJM)<br><br>**ORDER** |

　　　Pending before the Court is Magistrate Judge Eric Markovich's Report and Recommendation (R&R) recommending the Court deny Defendant John Enos William Mendez's Motion to Dismiss – Double Jeopardy. (Doc. 14.) Defendant has filed an Objection to the Report (Doc. 18), and the Government filed a Response to the Objection (Doc. 19).

**I.　　STANDARD OF REVIEW**

　　　When reviewing a magistrate judge's R&R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). However, Objections to R&Rs "are not to be construed as a second opportunity to present the arguments already considered by the Magistrate Judge." *Betancourt v. Ace Ins. Co. of Puerto Rico*, 313 F. Supp. 2d 32, 34 (D.P.R. 2004); *see also Camardo v. Gen.*

*Motors Hourly-Rate Emps. Pension Plan*, 806 F. Supp. 380, 382 (W.D.N.Y. 1992) ("The purpose of the Federal Magistrates Act is to relieve courts of unnecessary work" and "[t]here is no increase in efficiency, and much extra work, when a party attempts to relitigate every argument which it presented to the Magistrate Judge.").

**II.     DISCUSSION**

Defendant states he "appeals from the Magistrate Judge's report and recommendation regarding the defendant's motion to dismiss…", but fails to state specific objections to the R & R. Defendant merely recycles the arguments and facts from his Motion to Dismiss and presents it to the Court as an objection. This is an unacceptable basis for objection and requires the Court to formulate Defendant's arguments for him and search throughout various filings to find his previous arguments. Fed. R. Crim. P. 59(b)(2) requires specific objections to the R & R. Accordingly, Defendant is not entitled to a de novo review in this instance. *See Brown v. Roe*, 279 F.3d 742, 744 (9th Cir. 2002) (stating a district judge's decision to consider improper objections to a report and recommendation is discretionary). Nonetheless the Court addresses Defendant's arguments below.

Defendant's Motion to Dismiss and Objection rely solely on the Supreme Court case *Puerto Rico v. Sanchez Valle* for his assertion that both the Federal Government and the Tohono O'odham Nation derive their power from the same source, and therefore, his prosecution in this Court is barred by the Double Jeopardy Clause. As the Magistrate Judge clearly explained, Defendant's reliance on *Sanchez Valle* is misplaced. Defendant cites to the concurring and dissenting opinions in *Sanchez Valle*, which hold no precedential value, while ignoring the Supreme Court's specific reaffirmation of its holding in *United States v. Wheeler*, that states the Federal Court and Tribal Court are dual sovereigns for double jeopardy purposes. *See Sanchez Valle*, 136 S. Ct. at 1872 (citing *Wheeler*, 435 U.S. at 328-329.) The Supreme Court's holdings in *Sanchez Valle* and *Wheeler* run contrary to Defendant's arguments and thus preclude relief on his Motion.

Because Defendant's objection does not undermine the analysis and proper conclusion reached by Magistrate Judge Markovich, Defendant's objection is rejected, and the Report and Recommendation is adopted.

**IT IS ORDERED**

1. The Report and Recommendation (Doc. 17) is **ADOPTED**.
2. Defendant's Motion to Dismiss – Double Jeopardy (Doc. 14) is **DENIED**.

Dated this 24th day of August, 2021.

Honorable Scott H. Rash
United States District Judge